FORM b9a_7cna (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)   Case Number **04–26313–ABC**

# UNITED STATES BANKRUPTCY COURT
District of Colorado

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/29/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Romero<br>dba Platinum Builders<br>11495 Canterberry Ln.<br>Parker, CO 80138–8462 | Kristin Romero<br>aka Kristin Newman<br>11495 Canterberry Ln.<br>Parker, CO 80138–8462 |
| Case Number:<br>04–26313–ABC | Social Security/Taxpayer ID Nos.:<br>xxx–xx–7784<br>xxx–xx–1939 |
| Attorney for Debtor(s) (name and address):<br>Michael M. Noyes<br>3900 E. Mexico Ave.<br>Ste. 330<br>Denver, CO 80210<br>Telephone number: 303–756–6789 | Bankruptcy Trustee (name and address):<br>Harvey Sender<br>1999 Broadway<br>Ste. 2305<br>Denver, CO 80202<br>Telephone number: ( ) 303–296–1999 |

### Meeting of Creditors:
Date: **August 23, 2004**   Time: **10:00 AM**
Location: **U.S. Custom House, 721 19th St., Room 125, Denver, CO 80202**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 10/22/04**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number: 303–844–4045 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Bradford L. Bolton |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 7/29/04 |

## EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Proof of Identity | **Important notice to individual debtors:** Effective January 1, 2002, all individual debotors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. failure to do so may result in your case being dismissed. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1              User: caligiuri              Page 1 of 1                Date Rcvd: Jul 29, 2004
Case: 04-26313                    Form ID: 769                 Total Served: 30

The following entities were served by first class mail on Jul 31, 2004.
 db         Anthony Romero,    11495 Canterberry Ln.,    Parker, CO 80138-8462
 db         Kristin Romero,    11495 Canterberry Ln.,    Parker, CO 80138-8462
 aty       +Michael M. Noyes,    3900 E. Mexico Ave.,    Ste. 330,    Denver, CO 80210-3942
 tr        +Harvey Sender,    1999 Broadway,    Ste. 2305,    Denver, CO 80202-5723
 ust       +US Trustee,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
 7313237    American Express,    PO Box 7871,    Fort Lauderdale, FL 33329
 7313238    American Family Ins,    PO Box 709,    Needham Heights, MA 02494-0005
 7313241    Bank One,    3 N. Christina Ctr. 201 Walnut St.,    Wilmington, DE 19801
 7313242    Canterberry Crossing MA,    19590 E Main St Ste 103,    Parker, CO 80138-7337
 7313243    Capital One Bank,    11013 W Broad St,    Glen Allen, VA 23060-5937
 7313244   +Chase Manhattan Bank,    900 Steuart Ave.,    Garden City, NY 11530-4891
 7313245    Citi Financial,    PO Box 22065,    Tempe, AZ 85285-2065
 7313247    Cypress Ridge HOA,    PO Box 1390,    Parker, CO 80134-1400
 7313248   +Exempla,    8300 W 38th Ave,    Wheat Ridge, CO 80033-6099
 7313250    MAJR Financial,    7951 W Mississippi Ave Ste B,    Lakewood, CO 80226-4358
 7313251    MBNA,    PO Box 17054,    Wilmington, DE 19850-7054
 7313252    Metro Collections Services Inc.,    2600 S Parker Rd Bldg 2 # 102,    Aurora, CO 80014-1613
 7313253   +Midland Credit Management,    5775 Roscoe Ct,    San Diego, CA 92123-1399
 7313254    National Recoveries,    2020 S Oneida St Ste 205,    Denver, CO 80224-2449
 7313255    Newport News,    9300 SW Gemini Dr,    Beaverton, OR 97008-7120
 7313256    Providian,    4940 Johnson Dr,    Pleasanton, CA 94588-3308
 7313257   +The Travelers Bank,    335 Research Ct,    Norcross, GA 30092-2974
 7313260    US Attorney General,    Department Of Justice Tax Division,    PO Box 683,
             Washington, DC 20044-0683
 7313258    Unipath,    2180 S Leyden St,    Denver, CO 80222-5701
 7313259    Us Attorney,    C/O IRS District Counsel,    1244 Speer Blvd Ste 500,    Denver, CO 80204-3583
 7313261    Wells Fargo Financial Accept,    1402 S Parker Rd # A104,    Denver, CO 80231-2758
The following entities were served by electronic transmission on Jul 30, 2004 and receipt of the transmission
was confirmed on:
 7313239     E-mail: bankruptcy@ameriquest.net Jul 30 2004 08:29:36     Ameriquest Mortgage Co.,
              505 S Main St Ste 6000,    Orange, CA 92868-4518
 7313240     EDI: BANKAMER.COM Jul 30 2004 08:23:00     Bank Of America,    PO Box 1597,    Norfolk, VA 23501-1597
 7313246     EDI: COUNTRYWIDE.COM Jul 30 2004 08:23:00     Country Wide Home Loans,    450 American Way,
              Simi Valley, CA 93065-6285
 7313249    +EDI: IRS.COM Jul 30 2004 08:23:00     IRS,    600 17th St. MS 5027,    Denver, CO 80202-5402
 7313256     EDI: PROVID.COM Jul 30 2004 08:23:00     Providian,    4940 Johnson Dr,    Pleasanton, CA 94588-3308
                                                                                                 TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2004**                                  **Signature:** _Joseph Speetjens_