## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

04 AUG 24 PM 4:10

In Re: )
)
ANTHONY ROMERO ) Case No. 04-26313 ABC
SSN: XXX-XX-7784 ) Chapter 7
)
)
KRISTIN ROMERO )
SSN XXX-XX-1939 )
)
Debtor(s). )

### TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

**COMES NOW**, Harvey Sender, Trustee, and hereby requests approval of the Stipulation to Turnover and/or Payment to the Trustee and states as follows:

1. The Trustee and the Debtors have entered into a stipulation dated August 23, 2004 attached hereto as Exhibit A. The Debtors agrees to pay to the Trustee the settlement sum of $2,100.00 which represents the following non-exempt assets of the Debtors: $2,000.00 for the non-exempt equity in the debtors' automobile and $100.00 for funds on account.

The Debtors shall make monthly payments in the amount of $350.00 beginning September 15, 2004 with payments continuing to be due by the 15th of each month thereafter until the said settlement sum is paid in full. Each payment shall be made payable to Harvey Sender, Trustee at 1999 Broadway, Ste. 2305, Denver, CO 80202.

2. It would be in the best interests of the estate and the creditors for the Court to approve the Stipulation to Turnover and/or Payment to Trustee.

**WHEREFORE**, Harvey Sender, Trustee and the Debtors respectfully requests that this Court enter and Order in the form attached hereto approving the Stipulation to Pay to the Trustee, and for such other and further relief as to this Court deems just.

**DATED** this 24th day of August, 2004.

Respectfully submitted,

By: _____
Harvey Sender, Trustee, #7546
1999 Broadway, Suite 2305
Denver, Colorado 80202
(303) 296-1999 / (303) 296-7600 FAX
E-mail: sender@sendwass.com

## CERTIFICATE OF MAILING

I do hereby certify that on this 24th day of August, 2004, I mailed a true and correct copy of the **TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT** via United States mail, postage prepaid thereon, to those persons listed below:

Office of the U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202

Anthony Romero
Kristin Romero
11495 Canterberry Ln.
Parker, CO 80138-8462

Michael M. Noyes
3900 E. Mexico Ave., Ste. 330
Denver, CO 80210

_[signature]_

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re: Anthony Romero  )
Kristi∞ Romero )
) Case No. 04-26313 ABC
) Chapter 7
Debtor(s). )

## STIPULATION TO TURNOVER AND/OR PAYMENT TO TRUSTEE

The Debtor(s) hereby stipulate(s) that the following will be turned over to the Trustee, Harvey Sender, within __30__ ( ) days of this date.

(Please initial)

_____  U.S. and/or State tax returns for 20___ And 20___ or copies thereof; and not spend any refunds without Trustee authority.

_____  Wage statements or stubs which evidence wages earned but unpaid on the filing date, or copies thereof.

_____  Bank account statements or amounts on deposit on the filing date, or copies thereof.

_____  Bank account statements and cancelled checks for the year prior to filing, or copies thereof, including the month of filing bankruptcy.

_____  Evidence Showing telephone, gas, or electric company deposit amounts of the date of filing, or copies thereof.

_____  Documentation concerning security interests of creditors in Debtor's assets.

_____  A copy of the Debtor's Statement of Intention which has been filed with the Clerk of the Bankruptcy Court regarding the retention or surrender of secured property.

_____  Other:_____

**EXHIBIT A**

The Debtor(s) agree(s) to pay the Trustee $ 2,100 which is stipulated to be the value of non-exempt property on the following terms: at a rate of $350 per month beginning 9/15/04 for non exempt equity w/ 1998 Mercedes (~$2000) + IRA ~$100

It is further agreed that this Stipulation will be submitted to the United States Bankruptcy Court for entry as a Court Order without further notice and hearing. After this Order has been signed, it shall have all the force and effect of law as provided by the Bankruptcy Code, 11 U.S.C. §101, et. sec.

If monies are to be turned over as noted above, the Trustee may seek modification of the Order to adjust the amount due.

Dated this 23 day of Aug, 2004.

_____
Debtor

_____
Debtor

_____
Attorney for Debtor(s)
Approved as to Form

_____
Harvey Sender, Trustee