**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In Re: )
)
ANTHONY ROMERO ) Case No. 04-26313 ABC
SSN: XXX-XX-7784 ) Chapter 7
)
KRISTIN ROMERO )
SSN XXX-XX-1939 )
                  Debtor(s). )

---

**ORDER APPROVING TRUSTEE'S MOTION FOR APPROVAL OF**
**COMPROMISE AND SETTLEMENT**

---

      The Court, having been fully informed regarding the Motion for Approval of Compromise and Settlement concerning the Stipulation to Turnover and/or Payment to the Trustee dated August 18, 2004.

      **IT IS HEREBY ORDERED** that the Stipulation is approved.

      **SO ORDERED.** Done this _____ day of _____, 2004.

                                                 BY THE COURT:

                                                 _____
                                                 Bankruptcy Court Judge