UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:

ANTHONY ROMERO ) Case No. 04-26313 ABC
SSN: XXX-XX-7784 ) Chapter 7
)
KRISTIN ROMERO )
SSN XXX-XX-1939 )
            Debtor(s). )

## NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 202 OF TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

TO ALL PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that the movant named below has applied to this Court or is intending to take action as follows: The issuance of an Order approving Trustee's Motion for Approval of Stipulation to Turnover and/or Payment to the Trustee dated August 18, 2004. The Debtor agrees to pay to the Trustee the settlement sum of $2,100.00 which represents the following non-exempt assets of the Debtors: $2,000.00 for the non-exempt equity in the debtors' automobile and $100.00 for funds on account. The Debtors shall make monthly payments in the amount of $350.00 beginning September 15, 2004 with payments continuing to be due by the 15th of each month thereafter until the said settlement sum is paid in full. Each payment shall be made payable to Harvey Sender, Trustee at 1999 Broadway, Ste. 2305, Denver, CO 80202.

Pursuant to Rule 202 of the Local Rules of Bankruptcy Procedure, if you desire to oppose this action you must file a written objection and request for a hearing with the Court on or before **September 16, 2004** and serve a copy thereof on the undersigned attorney. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

**DATED** this 24th day of August, 2004.

Respectfully submitted,

By: /s/ Harvey Sender
Harvey Sender, Trustee, #7546
1999 Broadway, Suite 2305
Denver, Colorado 80202
(303) 296-1999 / (303) 296-7600 FAX
E-mail: sender@sendwass.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

FILED
04 AUG 24 PM 4: 10

In Re: )
)
ANTHONY ROMERO ) Case No. 04-26313 ABC
SSN: XXX-XX-7784 ) Chapter 7
)
KRISTIN ROMERO )
SSN XXX-XX-1939 )
        Debtor(s). )

## CERTIFICATE OF SERVICE OF NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 202 OF TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

I, Timothy R. Franklin, do hereby certify that on the 24th day of August, 2004, I mailed true and correct copies of the Notice Pursuant to Local Bankruptcy Rule 202 of Trustee's Motion for Approval of Compromise and Settlement via United States mail, postage prepaid thereon, to those persons listed on the attached list, downloaded from PACER on 08/24/2004.

*[Signature: Timothy R. Franklin]*

| | | |
|---|---|---|
| Label Matrix<br>for USBC Colorado Case 04-26313-ABC<br>08/24/04-11:07:54 | American Express<br>PO Box 7871<br>Fort Lauderdale, FL  33329 | American Express Centurion Bank<br>Becket and Lee LLP, Attorneys/Agen<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| American Family Ins<br>PO Box 709<br>Needham Heights, MA  02494-0005 | Ameriquest Mortgage Co.<br>505 S Main St Ste 6000<br>Orange, CA  92868-4518 | Bank Of America<br>PO Box 1597<br>Norfolk, VA  23501-1597 |
| Bank One<br>3 N. Christina Ctr. 201 Walnut St.<br>Wilmington, DE  19801 | Canterberry Crossing MA<br>19590 E Main St Ste 103<br>Parker, CO  80138-7337 | Capital One Bank<br>11013 W Broad St<br>Glen Allen, VA  23060-5937 |
| Chase Manhattan Bank<br>900 Steuart Ave.<br>Garden City, NY  11530 | Citi Financial<br>PO Box 22065<br>Tempe, AZ  85285-2065 | Country Wide Home Loans<br>450 American Way<br>Simi Valley, CA  93065-6285 |
| Cypress Ridge HOA<br>PO Box 1390<br>Parker, CO  80134-1400 | Exempla<br>8300 W 38th Ave<br>Wheat Ridge, CO  80033-6005 | IRS<br>600 17th St. MS 5027<br>Denver, CO  80202 |
| MAJR Financial<br>7951 W Mississippi Ave Ste B<br>Lakewood, CO  80226-4358 | MBNA<br>PO Box 17054<br>Wilmington, DE  19850-7054 | Metro Collections Services Inc.<br>2600 S Parker Rd Bldg 2 # 102<br>Aurora, CO  80014-1613 |
| Midland Credit Management<br>5775 Roscoe Ct<br>San Diego, CA  92123-1356 | National Recoveries<br>2020 S Oneida St Ste 205<br>Denver, CO  80224-2449 | Newport News<br>9300 SW Gemini Dr<br>Beaverton, OR  97008-7120 |
| Michael M. Noyes<br>3900 E. Mexico Ave.<br>Ste. 330<br>Denver, CO 80210 | Providian<br>4940 Johnson Dr<br>Pleasanton, CA  94588-3308 | Anthony Romero<br>11495 Canterberry Ln.<br>Parker, CO 80138-8462 |
| Kristin Romero<br>11495 Canterberry Ln.<br>Parker, CO 80138-8462 | ~~Harvey Sender~~<br>~~1999 Broadway~~<br>~~Ste. 2305~~<br>~~Denver, CO 80202~~ | The Travelers Bank<br>335 Research Ct<br>Norcross, GA  30092-2921 |
| US Attorney General<br>Department Of Justice Tax Division<br>PO Box 683<br>Washington, DC  20044-0683 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202 | Unipath<br>2180 S Leyden St<br>Denver, CO  80222-5701 |

Us Attorney
C/O IRS District Counsel
1244 Speer Blvd Ste 500
Denver, CO 80204-3583

Wells Fargo Financial Accept
1402 S Parker Rd # A104
Denver, CO 80231-2758