BRADFORD L. BOLTON
CLERK

2004 AUG 25 P 4: 43

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF COLORADO

In Re: Anthony Romero          ) Chapter 7
        Kristin Romero            )
                                                   )
S.S. # 7784/1939                       ) Case No. 04-26313 ABC
                                                   )

**AMENDMENT OF SCHEDULE(S) OF BANKRUPTCY PETITION**
**CERTIFICATE OF SERVICE**

Debtor(s), by and through their attorney of record, Michael M. Noyes, hereby amend his schedules as attached and do declare under penalty of perjury that it/they contains a true statement of changes and other information inadvertently omitted from the original schedules filed with the court, according to the best of my/our knowledge.

_____      Date: 8-25, 2004
Anthony Romero

_____      Date: 8-25, 2004
Kristin Romero

IN RE Romero, Anthony & Romero, Kristin                                    Case No. 04-26313 ABC
                                            Debtor(s)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | 1St. Bank | J | 2,800.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Bedroom Furniture | J | 500.00 |
| | | Dining Room Furniture | J | 500.00 |
| | | Garage | J | 200.00 |
| | | Kitchen Supplies | J | 300.00 |
| | | Living Room Furniture | J | 500.00 |
| | | Other Furniture | J | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | 200.00 |
| 7. Furs and jewelry. | | Jewelry | J | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | Mutual Funds | J | 800.00 |
| 15. Accounts receivable. | | Ryan Krauser | J | 18,758.00 |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |

AMENDED SCHEDULE B - PERSONAL PROPERTY

IN RE Romero, Anthony & Romero, Kristin                                  Case No. 04-26313 ABC
                                              Debtor(s),

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| 11495 Canterberry Lane Parker, CO 80138 | CRS §§38-41-201, 201.5 | 45,000.00 | 400,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| 1St. Bank | CRS §§5-5-105, 13-54-104 | 2,100.00 | 2,800.00 |
| Bedroom Furniture | CRS §13-54-102(1)(e) | 500.00 | 500.00 |
| Dining Room Furniture | CRS §13-54-102(1)(e) | 500.00 | 500.00 |
| Garage | CRS §13-54-102(1)(e) | 200.00 | 200.00 |
| Kitchen Supplies | CRS §13-54-102(1)(e) | 300.00 | 300.00 |
| Living Room Furniture | CRS §13-54-102(1)(e) | 500.00 | 500.00 |
| Other Furniture | CRS §13-54-102(1)(e) | 500.00 | 500.00 |
| Clothing | CRS §13-54-102(1)(a) | 200.00 | 200.00 |
| Jewelry | CRS §13-54-102(1)(b) | 2,000.00 | 2,000.00 |
| Ryan Krauser | CRS §§5-5-105, 13-54-104 | 14,068.50 | 18,758.00 |
| 1998 Mercedes | CRS §13-54-102(1)(j)(I) | 6,000.00 | 8,000.00 |
| Machinery, fixtures, equi., and supplies used in business | CRS §13-54-102(1)(i) | 5,000.00 | 5,000.00 |

AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE Romero, Anthony & Romero, Kristin                                                           Case No. 04-26313 ABC
                         Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Ryan Krauser<br>1777 Larimer St #1203<br>Denver, CO 80202-1546 | | J | 2004 Judgment | | | | 18,757.94 |
| Account No.<br>Ryan Krauser<br>C/O Miller, Makkai & Dowdle<br>2325 W 72nd Ave<br>Denver, CO 80221-3101 | | J | 2004 Judgment | | | | Duplicate |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Continuation Sheets attached

Subtotal (Total of this page) **37,515.88**

(Complete only on last sheet of Schedule F) **TOTAL** **37,515.88**

(Report total also on Summary of Schedules)

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

BRADFORD L. BOLTON
CLERK

2004 AUG 25 P 4: 43

BANKRUPTCY COURT
DISTRICT OF COLORADO

# CERTIFICATE OF MAILING

I hereby Certify that the foregoing:

Amendment of the Bankruptcy Schedules

was mailed on the date signed below via U.S. first class mail to:

United States Trustee
999 18th St. #1551
North Tower
Denver, CO 80202

Harvey Sender
1999 Broadway #2305
Denver, CO 80202

**AND THE 341 MEETING OF CREDITORS WAS MAILED TO:**

Ryan Krauser
1777 Larimer St. # 1203
Denver, CO 80202

Ryan Krauser
C/O Miller, Makkai & Dowdle
2325 W. 72nd Ave.
Denver, CO 80221

Janet Fernandez

Date:_____,20____