UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE

ANTHONY ROMERO and KRISTEN ROMERO,  **Debtor(s,**

AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns,  **Movant.**

In Proceeding Under Chapter 7
Case No. 04-26313 ABC

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

PLEASE TAKE NOTICE that AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns, hereinafter ("Creditor") appears herein by its counsel, Aronowitz & Ford, LLP, and requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following: **Timothy C. Ford, Aronowitz & Ford, LLP, 1615 Downing Street, Denver, Colorado   80218 or by electronic transmission to email address bk@aflegal.com.**

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic transmission or otherwise:  (1) which affect or seek to affect in any way any rights or interests of Creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

DATED:  August 26, 2004.                                    ARONOWITZ & FORD, LLP

                                                                                          /s/ *Timothy C. Ford*

                                                                                    Timothy C. Ford, No. 9399
                                                                                    1615 Downing Street
                                                                                    Denver, Colorado   80218
                                                                                    Telephone:  (303) 813-1177
                                                                                    Telecopier:  (303) 813-1107
                                                                                    Email Address:  bk@aflegal.com

E-FILED ORIGINAL
Date: Aug 26, 2004
Document to be retained in file of Timothy C. Ford.

## Certificate of Service

  I hereby certify that true and correct copies of the foregoing were duly mailed, postage prepaid, on August 26, 2004, addressed as follows:

Michael M. Noyes
3900 E. Mexico Avenue, Suite 330
Denver, Colorado 80210

Harvey Sender
1999 Broadway, Suite 2305
Denver, Colorado 80202

Anthony Romero
Kristen Romero
11495 Canterberry Lane
Parker, Colorado 80138

           /s/ *Debbie Catlett*