UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE

ANTHONY ROMERO and KRISTEN ROMERO,   **Debtor(s),**

AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns,   **Movant.**

In Proceeding Under Chapter 7
Case No. 04-26313 ABC

## WAIVER OF CONVENTIONAL NOTICE
## AND CONSENT TO NOTICE BY ELECTRONIC TRANSMISSION

AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns, hereinafter ("Creditor"), by its attorneys, Aronowitz & Ford, LLP, and pursuant to Bankruptcy Rule 9036 of the Bankruptcy Code, hereby waives conventional notice and consents to notice by electronic transmission whenever the clerk or some other person as directed by the court is required to send notice by mail. Instead of notice by mail, all or part of the information required to be contained in the notice, may be sent by electronic transmission to email address **bk@aflegal.com**. The court may direct the clerk or other person to send the information by such electronic transmission. Notice by electronic transmission is complete, and the sender shall have fully complied with the requirement to send notice, when the sender obtains electronic confirmation that the transmission has been received.

DATED: August 26, 2004.

ARONOWITZ & FORD, LLP

/s/ *Timothy C. Ford*

Timothy C. Ford, No. 9399
1615 Downing Street
Denver, Colorado   80218
Telephone:  (303) 813-1177
Telecopier:  (303) 813-1107

E-FILED ORIGINAL
Date: Aug 26, 2004
Document to be retained in file of Timothy C. Ford.

## Certificate of Service

      I hereby certify that true and correct copies of the foregoing were duly mailed, postage prepaid, on August 26, 2004, addressed as follows:

Michael M. Noyes
3900 E. Mexico Avenue, Suite 330
Denver, Colorado 80210

Harvey Sender
1999 Broadway, Suite 2305
Denver, Colorado 80202

Anthony Romero
Kristen Romero
11495 Canterberry Lane
Parker, Colorado 80138

                                            /s/ *Debbie Catlett*
                                          _____