UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE                                                                                    In Proceeding Under Chapter 7
                                                                                          Case No. 04-26313 ABC

ANTHONY ROMERO and KRISTEN ROMERO,   **Debtor(s,**

AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns,   **Movant.**

vs.

ANTHONY ROMERO and KRISTEN ROMERO and HARVEY SENDER, Trustee,   **Respondents.**

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF ENFORCEMENT
## OF LIEN OR SECURITY INTEREST

      AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns, (hereinafter "Creditor") through its attorneys, Aronowitz & Ford, LLP, moves for the entry of an Order to Modify the Automatic Stay afforded by 11 U.S.C. Section 362, and as grounds states as follows:

      1.   Jurisdiction is based on 11 U.S.C. Section 362(d).  This matter is related to a pending proceeding in the District of Colorado, 11 U.S.C., Chapter 7, Docket No. 04-26313 ABC, designated as ANTHONY ROMERO and KRISTEN ROMERO.

      2.   AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns is a Creditor and party in interest of the Debtor(s) and is entitled to bring this Motion in accordance with 11 U.S.C. Section 362(d) of the Bankruptcy Code and Rule 401 of the Local Rules of Practice of this Court.

      3.   Debtor(s) own certain real property (the "Property") located in DOUGLAS COUNTY, COLORADO, more particularly described as:

      LOT 11, VILLAGE OF PARKER FILING NO. 13, PARCEL ID NUMBER 223324401007,
      COUNTY OF DOUGLAS, STATE OF COLORADO,

also known as:  11495 CANTERBERRY LANE, PARKER, COLORADO 80138.

      4.   Debtor(s) are obligated to Movant, which obligation is evidenced by a Promissory Note of the Debtor(s) in favor of the Movant.  The date of execution of the Promissory Note is August 30, 2002 and principal amount of the Note is $344,850.00.  A true and correct copy of the Note is annexed to this Motion.

      5.   The Promissory Note is secured by a Deed of Trust executed by the Debtor(s) to the Public Trustee for the County of DOUGLAS, State of Colorado.  The Deed of Trust is recorded with the office of the Clerk and Recorder for DOUGLAS County  recorded on November 13, 2002 at Reception No. 2002121525.   A true and correct copy of the Deed of Trust is annexed to this Motion.

   6. Movant is entitled to immediate relief from the stay so that it may exercise those rights and remedies specified in its security documents and as otherwise provided by the applicable law with respect to the Movant's collateral and for such other and further relief as may be proper, including, but not limited to, the filing of a receivership in the state court.

   7. The Debtor(s) are in default of the obligations contained in said Promissory Note and Deed of Trust.

   8. Enforcement of this lien or security interest has been stayed automatically by operation of 11 U.S.C. Section 362(a); but Debtor(s) have no equity in the property and the property is not necessary for the effective reorganization of the Debtor(s).  In addition, there exists other cause for granting the Relief from Stay including, but not limited to, lack of adequate protection of an interest in the property of the Movant which will be shown at the hearing on this matter.

   9. Movant is entitled to immediate relief from the stay so that it can exercise those rights and remedies specified in its security documents and as otherwise provided by the applicable law with respect to Movant's collateral and for such other and further relief as may be proper.

   10. The Movant further requests that the requirements of Fed.R.B.P. 4001(a)(3) be waived so that the Creditor may immediately enforce and implement an order granting relief from stay.

DATED:  August 26, 2004.          ARONOWITZ & FORD, LLP

                     /s/ *Timothy C. Ford*

                 Timothy C. Ford, No. 9399
                  1615 Downing Street
                 Denver, Colorado   80218
                 Telephone:  (303) 813-1177
                 Telecopier:  (303) 813-1107
               Email Address:  bk@aflegal.com

E-FILED ORIGINAL
Date:  Aug 26, 2004
Document to be retained in file of Timothy C. Ford.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE                                                                                                  In Proceeding Under Chapter 7
                                                                                                       Case No. 04-26313 ABC

ANTHONY ROMERO and KRISTEN ROMERO,   **Debtor(s,**

AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns,   **Movant**

vs.

ANTHONY ROMERO and KRISTEN ROMERO and HARVEY SENDER, Trustee,   **Respondents.**

---

### NOTICE OF HEARING, PRELIMINARY HEARING, OR ENTRY OF ORDER
### PURSUANT TO LOCAL BANKRUPTCY RULE 401

---

YOU ARE HEREBY NOTIFIED that a **Motion for Relief From Automatic Stay of Enforcement of Lien Or Security Interest**, a copy of which is herewith served on you, has been filed with this Court. A hearing on this motion has been set for **September 23, 2004 at 9:00 in Ctrm. C** of the U.S. Bankruptcy Court for the District of Colorado, U.S. Customs House, 721 Nineteenth Street, Denver, Colorado 80202-2508. The hearing will be conducted in accordance with the provisions of Local Bankruptcy Rule 401.

If you desire to oppose this MOTION you are REQUIRED TO FILE WITH THIS COURT AND SERVE upon **Timothy C. Ford**, attorney, whose address is **Aronowitz & Ford, LLP, 1615 Downing Street, Denver, Colorado 80218 or via electronic transmission to bk@aflegal.com** a written RESPONSE TO THE MOTION on or before five court days prior to the date of the hearing. IF YOU FAIL TO FILE A RESPONSE, AN ORDER GRANTING THE RELIEF REQUESTED WILL BE ENTERED WITHOUT FURTHER NOTICE TO YOU.

DATED: August 26, 2004.                                                        ARONOWITZ & FORD, LLP

                                                                                                /s/ *Timothy C. Ford*

                                                                                        Timothy C. Ford, No. 9399
                                                                                             1615 Downing Street
E-FILED ORIGINAL                                                                      Denver, Colorado   80218
Date: Aug 26, 2004                                                                   Telephone:  (303) 813-1177
Document to be                                                                         Telecopier:  (303) 813-1107
retained in file of                                                                 Email Address:  bk@aflegal.com
Timothy C. Ford.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE                                                                                         In Proceeding Under Chapter 7
                                                                                                Case No. 04-26313 ABC

ANTHONY ROMERO and KRISTEN ROMERO,   **Debtor(s,**

AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns,   **Movant.**

vs.

ANTHONY ROMERO and KRISTEN ROMERO and HARVEY SENDER, Trustee,   **Respondents.**

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of a Motion for Relief From Automatic Stay of Enforcement of Lien or Security Interest (including Exhibits, if any) concerning property commonly known as 11495 CANTERBERRY LANE, PARKER, COLORADO 80138, Notice of Hearing, Preliminary Hearing, or Entry of Order Pursuant to Local Bankruptcy Rule 401, Proposed Order Granting Relief From Automatic Stay and Certificate of Service were duly mailed, postage prepaid, on August 26, 2004, addressed as follows:

Michael M. Noyes
3900 E. Mexico Avenue, Suite 330
Denver, Colorado 80210

E-FILED ORIGINAL
Date: Aug 26, 2004
Document to be retained in file of Timothy C. Ford.

Harvey Sender
1999 Broadway, Suite 2305
Denver, Colorado 80202

Anthony Romero
Kristen Romero
11495 Canterberry Lane
Parker, Colorado 80138                                            /s/ *Debbie Catlett*