UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE

In Proceeding Under Chapter 7
Case No. 04-26313 ABC

ANTHONY ROMERO and KRISTEN ROMERO,   **Debtor(s,**

AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns, **Movant,**

v.

ANTHONY ROMERO and KRISTEN ROMERO and HARVEY SENDER, Trustee, **Respondents.**

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

UPON CONSIDERATION of the Motion For Relief From Automatic Stay of Enforcement of Lien or Security Interest of the Movant, AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns, to foreclose on and take possession and control of property described below:

LOT 11, VILLAGE OF PARKER FILING NO. 13, PARCEL ID NUMBER 223324401007, COUNTY OF DOUGLAS, STATE OF COLORADO,

commonly known as: 11495 CANTERBERRY LANE, PARKER, COLORADO 80138.

The Court being duly advised, hereby finds that the Respondent(s) and the Trustee have failed to file a written response after having been duly served with the Motion for Relief From Automatic Stay of Enforcement of Lien or Security Interest filed by AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns. It is, therefore, ORDERED that the relief sought by the application should be granted, and Movant, its successors and assigns, are hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral described above.

Rule 4001(a)(3) is not applicable and the Creditor may immediately enforce and implement this order granting relief from stay.

Dated: _____.

BY THE COURT:

_____
U.S. Bankruptcy Judge