**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In Re: | ) |
| | ) |
| ANTHONY ROMERO | ) Case No. 04-26313 ABC |
| SSN: XXX-XX-7784 | ) Chapter 7 |
| | ) |
| KRISTIN ROMERO | ) |
| SSN XXX-XX-1939 | ) |
| Debtor(s). | ) |

---

**CERTIFICATE OF NON-CONTESTED MATTER**
**AND REQUEST FOR ENTRY OF ORDER**

---

Trustee, Harvey Sender, Movant, has heretofore filed an **Motion for Approval of Compromise and Settlement** pursuant to Local Bankruptcy Rule 202.

1. Service of the **Motion (docket no. 7)** as timely made on all interested parties pursuant to L.B.R. 913 as is shown on the Certificate of Service previously filed with the Motion.

2. Service of the **Notice** (**docket no. 8)** was timely made on all creditors pursuant to L.B.R. 202(b) as is shown on the **Certificate of Service (docket no. 8)**, previously filed with the Notice.

3. No objections to or requests for hearing on the motion were received by the undersigned.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which is attached to the motion.

DATED this 17th day of September, 2004.

Respectfully submitted,

/s/ Harvey Sender
By:_____
Harvey Sender, Trustee, #7546
1999 Broadway, Suite 2305
Denver, Colorado  80202
303-296-1999 / 303-296-7600 FAX
E-mail:  sender@sendwass.com

---

Court Use Only:  The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for a hearing on this motion have been entered.
Dated:                                                              _____
Signature of Deputy Clerk