UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE                                                                                     In Proceeding Under
                                                                                                Chapter 7
ANTHONY ROMERO
KRISTEN ROMERO,                                                          Case No. 04-26313 ABC

   Debtor(s),

AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns,

   Movant.

---

**CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

---

AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns, Movant, has heretofore filed a motion or application pursuant to Local Bankruptcy Rule 401. Movant hereby represents and shows the Court:

1. Movant filed with this Court a Motion for Relief From Automatic Stay of Enforcement of Lien or Security Interest, a Notice of Hearing, Preliminary Hearing, or Entry of Order, and Certificate of Service.

2. Service of the Motion was timely made on all interested parties pursuant to L.B.R. 913 as shown in the Certificate of Service which was previously filed with the Motion.

3. A hearing on said Motion was scheduled for September 23, 2004 at 9:00 in Ctrm. C.

4. No objections to or requests for hearing on the Motion were received by the undersigned.

WHEREFORE, Movant prays that the Court forthwith enter the Order, a form of which was submitted concurrent with the Motion, granting the requested relief.

DATED: September 22, 2004.                                   ARONOWITZ & FORD, LLP

                                                                         /s/ *Timothy C. Ford*

E-FILED ORIGINAL
Date: Sep 22, 2004
Document to be retained in file of Timothy C. Ford.

Timothy C. Ford, No. 9399
1615 Downing Street
Denver, Colorado  80218
Telephone:  (303) 813-1177
Telecopier:  (303) 813-1107
Email Address:  bk@aflegal.com