## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In Re: )
)
ANTHONY ROMERO ) Case No. 04-26313 ABC
SSN: XXX-XX-7784 ) Chapter 7
)
KRISTIN ROMERO )
SSN XXX-XX-1939 )
                    Debtor(s). )

---

### ORDER APPROVING TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

---

The Court, having been fully informed regarding the Motion for Approval of Compromise and Settlement concerning the Stipulation to Turnover and/or Payment to the Trustee dated August 18, 2004.

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**SO ORDERED.** Done this 27th day of September, 2004.

BY THE COURT:

_____
Bankruptcy Court Judge