## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In Re: )
)
ANTHONY ROMERO ) Case No. 04-26313 ABC
SSN: XXX-XX-7784 ) Chapter 7
)
KRISTIN ROMERO )
SSN XXX-XX-1939 )
            Debtor(s). )

---

### ORDER APPROVING TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

---

The Court, having been fully informed regarding the Motion for Approval of Compromise and Settlement concerning the Stipulation to Turnover and/or Payment to the Trustee dated August 18, 2004.

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**SO ORDERED.** Done this 27th day of September, 2004.

BY THE COURT:

_____
Bankruptcy Court Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1           User: fitzpatri           Page 1 of 1              Date Rcvd: Sep 27, 2004
Case: 04-26313                 Form ID: pdf904           Total Served: 3

The following entities were served by first class mail on Sep 29, 2004.
db         Anthony Romero,     11495 Canterberry Ln.,    Parker, CO   80138-8462
db         Kristin Romero,     11495 Canterberry Ln.,    Parker, CO   80138-8462
aty       +Michael M. Noyes,   3900 E. Mexico Ave.,      Ste. 330,    Denver, CO 80210-3942

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 29, 2004**                  Signature:        *Joseph Speetjens*