UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE

In Proceeding Under Chapter 7
Case No. 04-26313 ABC

ANTHONY ROMERO and KRISTEN ROMERO, **Debtor(s,**

AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns, **Movant,**

v.

ANTHONY ROMERO and KRISTEN ROMERO and HARVEY SENDER, Trustee, **Respondents.**

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

UPON CONSIDERATION of the Motion For Relief From Automatic Stay of Enforcement of Lien or Security Interest of the Movant, AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns, to foreclose on and take possession and control of property described below:

LOT 11, VILLAGE OF PARKER FILING NO. 13, PARCEL ID NUMBER 223324401007, COUNTY OF DOUGLAS, STATE OF COLORADO,

commonly known as: 11495 CANTERBERRY LANE, PARKER, COLORADO 80138.

The Court being duly advised, hereby finds that the Respondent(s) and the Trustee have failed to file a written response after having been duly served with the Motion for Relief From Automatic Stay of Enforcement of Lien or Security Interest filed by AMERIQUEST MORTGAGE COMPANY, Its Successors and/or Assigns. It is, therefore, ORDERED that the relief sought by the application should be granted, and Movant, its successors and assigns, are hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral described above.

Rule 4001(a)(3) is not applicable and the Creditor may immediately enforce and implement this order granting relief from stay.

Dated: 9-28-04

BY THE COURT:

_____
U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 1082-1          User: fitzpatri          Page 1 of 1               Date Rcvd: Sep 28, 2004
Case: 04-26313               Form ID: pdf904          Total Served: 3

The following entities were served by first class mail on Sep 30, 2004.
db          Anthony Romero,    11495 Canterberry Ln.,    Parker, CO 80138-8462
db          Kristin Romero,    11495 Canterberry Ln.,    Parker, CO 80138-8462
aty        +Michael M. Noyes,    3900 E. Mexico Ave.,    Ste. 330,    Denver, CO 80210-3942

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2004**                              **Signature:**    _Joseph Speetjens_