(COB Form nopd)(12/03)

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | |
|---|---|
| Anthony Romero and Kristin Romero<br>Debtor(s)<br>Debtor SSN/TaxId Nos.:<br>xxx–xx–7784<br>Joint Debtor SSN/Tax Id Nos.:<br>xxx–xx–1939 | Case Number.: 04–26313–ABC<br>Chapter: 7 |

Debtor(s)
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 1/8/05 .

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 1/8/05 , whichever is later.

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:
> Clerk of the Bankruptcy Court
> U.S. Custom House
> 721 19th Street
> Denver, Colorado 80202–2508

THE REVERSE OF THIS NOTICE IS A CLAIM AND MAY BE USED FOR FILING THE CLAIM HEREIN. CREDITORS WHO HAVE PREVIOUSLY FILED CLAIMS NEED NOT FILE AGAIN.

Dated: 10/6/04     Harvey Sender
                   1999 Broadway
                   Ste. 2305
                   Denver, CO 80202

## Aliases Page

**Debtor aka(s):**

dba Platinum Builders

**Joint Debtor aka(s):**

aka Kristin Newman