(COB Form nopd)(12/03)

UNITED STATES BANKRUPTCY COURT
District of Colorado

Anthony Romero and Kristin Romero  Case Number.: 04−26313−ABC
Debtor(s)                          Chapter: 7
Debtor SSN/TaxId Nos.:
xxx−xx−7784
Joint Debtor SSN/Tax Id Nos.:
xxx−xx−1939

Debtor(s)
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 1/8/05 .

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 1/8/05 , whichever is later.

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:
    Clerk of the Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202−2508

THE REVERSE OF THIS NOTICE IS A CLAIM AND MAY BE USED FOR FILING THE CLAIM HEREIN. CREDITORS WHO HAVE PREVIOUSLY FILED CLAIMS NEED NOT FILE AGAIN.

Dated: 10/6/04                          Harvey Sender
                                      1999 Broadway
                                      Ste. 2305
                                      Denver, CO 80202

## Aliases Page

**Debtor aka(s):**
dba Platinum Builders

**Joint Debtor aka(s):**
aka Kristin Newman

**FORM B10** (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF COLORADO | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Anthony Romero<br>Kristin Romero | Case Number<br>04-26313-ABC | |
|---|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address where notices should be sent: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | 04-26313 |
| | | THIS SPACE IS FOR COURT USE ONLY |
| Telephone Number: | | |
| Account or other number by which creditor identifies debtor: | Check here if  ☐ replaces<br>this claim       ☐ amends       a previously filed claim, dated:_____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
         (date)                    (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $_____   _____   _____   _____
                                                                                   (unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other_____

Value of Collateral:  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim  $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

   Amount entitled to priority $_____
   Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FORM Bl0** (Official Form l0) (04/04)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor´s claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor´s claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor´s account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5. **Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

6. **Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

7. **Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

8. **Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

9. **Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1              User: fitzpatri            Page 1 of 1              Date Rcvd: Oct 06, 2004
Case: 04-26313                    Form ID: 152               Total Served: 35

The following entities were served by first class mail on Oct 08, 2004.
 db         Anthony Romero,     11495 Canterberry Ln.,    Parker, CO   80138-8462
 db         Kristin Romero,     11495 Canterberry Ln.,    Parker, CO   80138-8462
 aty       +Michael M. Noyes,    3900 E. Mexico Ave.,    Ste. 330,    Denver, CO 80210-3942
 aty       +Timothy C. Ford,    1615 Downing St.,    Denver, CO 80218-1528
 tr        +Harvey Sender,    1999 Broadway,    Ste. 2305,    Denver, CO 80202-5723
 ust       +US Trustee,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
 cr        +Ameriquest Mortgage Company,    Timothy C. Ford, Esq.,    Aronowitz & Ford, LLP,    1615 Downing Street,
             Denver, CO 80218-1528
7313237    American Express,    PO Box 7871,    Fort Lauderdale, FL   33329
7313238    American Family Ins,    PO Box 709,    Needham Heights, MA   02494-0005
7313241    Bank One,   3 N. Christina Ctr. 201 Walnut St.,    Wilmington, DE   19801
7313242    Canterberry Crossing MA,    19590 E Main St Ste 103,    Parker, CO   80138-7337
7313243    Capital One Bank,    11013 W Broad St,    Glen Allen, VA   23060-5937
7313244   +Chase Manhattan Bank,    900 Steuart Ave.,    Garden City, NY 11530-4891
7313245    Citi Financial,    PO Box 22065,    Tempe, AZ   85285-2065
7313247    Cypress Ridge HOA,    PO Box 1390,    Parker, CO   80134-1400
7313248   +Exempla,   8300 W 38th Ave,    Wheat Ridge, CO 80033-6099
7313250    MAJR Financial,    7951 W Mississippi Ave Ste B,    Lakewood, CO   80226-4358
7313251    MBNA,   PO Box 17054,    Wilmington, DE   19850-7054
7313252    Metro Collections Services Inc.,    2600 S Parker Rd Bldg 2 # 102,    Aurora, CO   80014-1613
7313253   +Midland Credit Management,    5775 Roscoe Ct,    San Diego, CA 92123-1399
7313254    National Recoveries,    2020 S Oneida St Ste 205,    Denver, CO   80224-2449
7313255    Newport News,    9300 SW Gemini Dr,    Beaverton, OR   97008-7120
7372567    Ryan Krauser,    1777 Larimer St #1203,    Denver, CO   80202-1546
7372568    Ryan Krauser,    C/O Miller, Makkai & Dowdle,    2325 W 72nd Ave,    Denver, CO   80221-3101
7313257   +The Travelers Bank,    335 Research Ct,    Norcross, GA 30092-2974
7313260    US Attorney General,    Department Of Justice Tax Division,    PO Box 683,
             Washington, DC   20044-0683
7313258    Unipath,   2180 S Leyden St,    Denver, CO   80222-5701
7313259    Us Attorney,    C/O IRS District Counsel,    1244 Speer Blvd Ste 500,    Denver, CO   80204-3583
7313261    Wells Fargo Financial Accept,    1402 S Parker Rd # A104,    Denver, CO   80231-2758
The following entities were served by electronic transmission on Oct 07, 2004 and receipt of the transmission
was confirmed on:
7352319    EDI: BECKLEE.COM Oct 07 2004 09:17:00     American Express Centurion Bank,
             Becket and Lee LLP, Attorneys/Agent,    P.O. Box 3001,    Malvern, PA 19355-0701
7313239    E-mail: bankruptcy@ameriquest.net Oct 07 2004 09:24:51     Ameriquest Mortgage Co.,
             505 S Main St Ste 6000,    Orange, CA   92868-4518
7313240    EDI: BANKAMER.COM Oct 07 2004 09:18:00     Bank Of America,    PO Box 1597,    Norfolk, VA   23501-1597
7313246    EDI: COUNTRYWIDE.COM Oct 07 2004 09:17:00     Country Wide Home Loans,    450 American Way,
             Simi Valley, CA   93065-6285
7313249   +EDI: IRS.COM Oct 07 2004 09:17:00     IRS,    600 17th St. MS 5027,    Denver, CO 80202-5402
7313256    EDI: PROVID.COM Oct 07 2004 09:18:00     Providian,    4940 Johnson Dr,    Pleasanton, CA   94588-3308
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*      +Harvey Sender,    1999 Broadway,    Ste. 2305,    Denver, CO 80202-5723
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

Date Rcvd: Oct 06, 2004

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2004**                    Signature:     *Joseph Speetjens*