Form B18_7 (Official Form 18)(9/97)

# United States Bankruptcy Court

### District of Colorado
Case No. <u>04–26313–ABC</u>
### Chapter 7

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Romero<br>aka(s), if any will be listed on the last page.<br>11495 Canterberry Ln.<br>Parker, CO 80138–8462 | Kristin Romero<br>aka(s), if any will be listed on the last page.<br>11495 Canterberry Ln.<br>Parker, CO 80138–8462 |

Social Security No.:
  xxx–xx–7784                                       xxx–xx–1939

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR(s)

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** : The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                          ***BY THE COURT***

*Dated:* <u>10/27/04</u>                                    <u>A. Bruce Campbell</u>
                                                        United States Bankruptcy Judge

                      **SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

## Aliases Page

**Debtor aka(s):**
dba Platinum Builders

**Joint Debtor aka(s):**
aka Kristin Newman

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1              User: admin                  Page 1 of 1                   Date Rcvd: Oct 27, 2004
Case: 04-26313                    Form ID: 177                 Total Served: 35

The following entities were served by first class mail on Oct 29, 2004.
 db          Anthony Romero,    11495 Canterberry Ln.,    Parker, CO 80138-8462
 db          Kristin Romero,    11495 Canterberry Ln.,    Parker, CO 80138-8462
 aty        +Michael M. Noyes,    3900 E. Mexico Ave.,    Ste. 330,    Denver, CO 80210-3942
 aty        +Timothy C. Ford,    <font color=red>Service Waived</font>,    1615 Downing St.,
              Denver, CO 80218-1528
 tr         +Harvey Sender,    1999 Broadway,    Ste. 2305,    Denver, CO 80202-5723
 cr         +Ameriquest Mortgage Company,    Timothy C. Ford, Esq.,    Aronowitz & Ford, LLP,    1615 Downing Street,
              Denver, CO 80218-1528
7313237      American Express,    PO Box 7871,    Fort Lauderdale, FL 33329
7313238      American Family Ins,    PO Box 709,    Needham Heights, MA 02494-0005
7313241      Bank One,    3 N. Christina Ctr. 201 Walnut St.,    Wilmington, DE 19801
7313242     +Canterberry Crossing MA,    19590 E Main St Ste 203,    Parker, CO 80138-7371
7313243      Capital One Bank,    11013 W Broad St,    Glen Allen, VA 23060-5937
7313244     +Chase Manhattan Bank,    900 Steuart Ave.,    Garden City, NY 11530-4891
7313245      Citi Financial,    PO Box 22065,    Tempe, AZ 85285-2065
7313247      Cypress Ridge HOA,    PO Box 1390,    Parker, CO 80134-1400
7313248     +Exempla,    8300 W 38th Ave,    Wheat Ridge, CO 80033-6099
7313250      MAJR Financial,    7951 W Mississippi Ave Ste B,    Lakewood, CO 80226-4358
7313251      MBNA,    PO Box 17054,    Wilmington, DE 19850-7054
7313252      Metro Collections Services Inc.,    2600 S Parker Rd Bldg 2 # 102,    Aurora, CO 80014-1613
7313253     +Midland Credit Management,    5775 Roscoe Ct,    San Diego, CA 92123-1399
7313254      National Recoveries,    2020 S Oneida St Ste 205,    Denver, CO 80224-2449
7313255      Newport News,    9300 SW Gemini Dr,    Beaverton, OR 97008-7120
7372567      Ryan Krauser,    1777 Larimer St #1203,    Denver, CO 80202-1546
7372568      Ryan Krauser,    C/O Miller, Makkai & Dowdle,    2325 W 72nd Ave,    Denver, CO 80221-3101
7313257     +The Travelers Bank,    335 Research Ct,    Norcross, GA 30092-2974
7313260      US Attorney General,    Department Of Justice Tax Division,    PO Box 683,
              Washington, DC 20044-0683
7313258      Unipath,    2180 S Leyden St,    Denver, CO 80222-5701
7313259      Us Attorney,    C/O IRS District Counsel,    1244 Speer Blvd Ste 500,    Denver, CO 80204-3583
7313261      Wells Fargo Financial Accept,    1402 S Parker Rd # A104,    Denver, CO 80231-2758
7485616     +Wells Fargo Financial Acceptance,    3101 W 69th Street,    Edina, MN 55435-2529
The following entities were served by electronic transmission on Oct 28, 2004 and receipt of the transmission
was confirmed on:
7352319      EDI: BECKLEE.COM Oct 28 2004 04:32:00      American Express Centurion Bank,
              Becket and Lee LLP, Attorneys/Agent,    P.O. Box 3001,    Malvern, PA 19355-0701
7313239      E-mail: bankruptcy@ameriquest.net Oct 28 2004 06:19:13      Ameriquest Mortgage Co.,
              505 S Main St Ste 6000,    Orange, CA 92868-4518
7313240      EDI: BANKAMER.COM Oct 28 2004 04:32:00      Bank Of America,    PO Box 1597,    Norfolk, VA 23501-1597
7313246      EDI: COUNTRYWIDE.COM Oct 28 2004 04:32:00      Country Wide Home Loans,    450 American Way,
              Simi Valley, CA 93065-6285
7313249     +EDI: IRS.COM Oct 28 2004 04:31:00      IRS,    600 17th St. MS 5027,    Denver, CO 80202-5402
7313256      EDI: PROVID.COM Oct 28 2004 04:32:00      Providian,    4940 Johnson Dr,    Pleasanton, CA 94588-3308
                                                                                                 TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*       +Harvey Sender,    1999 Broadway,    Ste. 2305,    Denver, CO 80202-5723
                                                                                                 TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2004                    Signature:    _Joseph Speetjens_