FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Page: 1

| Case No: | 04-26313 ABC Judge: A. BRUCE CAMPBELL | Trustee Name: | HARVEY SENDER |
|---|---|---|---|
| Case Name: | Romero, Anthony | Date Filed (f) or Converted (c): | 07/29/04 (f) |
| | Romero, Kristin | 341(a) Meeting Date: | 08/23/04 |
| For Period Ending: | 12/31/04 | Claims Bar Date: | 01/08/05 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. REAL PROPERTY | 400,000.00 | 0.00 | DA | 0.00 | FA | 370,000.00 | 30,000.00 |
| 2. CHECKING/SAVINGS ACCT. | 70.00 | 100.00 | | 0.00 | 100.00 | 0.00 | 0.00 |
| 3. HOUSEHOLD GOODS | 2,500.00 | 0.00 | DA | 0.00 | FA | 0.00 | 2,500.00 |
| 4. WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA | 0.00 | 200.00 |
| 5. FURS/JEWELRY | 2,000.00 | 0.00 | DA | 0.00 | FA | 0.00 | 2,000.00 |
| 6. MUTUAL FUNDS | 800.00 | 0.00 | DA | 0.00 | FA | 0.00 | 800.00 |
| 7. RYAN KRAUSER | 18,758.00 | 18,758.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| PER TRUSTEE - THIS PERSON IS A CREDITOR - NOT A CLIENT | | | | | | | |
| 8. 1998 MECEDES | 8,000.00 | 2,000.00 | | 0.00 | 2,000.00 | 0.00 | 6,000.00 |
| 9. 2001 DODGE | 11,000.00 | 0.00 | DA | 0.00 | FA | 18,427.00 | 0.00 |
| 10. AMENDED FUNDS ON ACCOUNT | 2,800.00 | 706.14 | | 706.14 | FA | 0.00 | 0.00 |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.16 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $ 446,128.00 | $ 21,564.14 | | $ 706.30 | $2,100.00 | 388,427.00 | 41,500.00 |
| | | | | | (Total Dollar Amount in Column 6) | 0.00 | 0.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE AND DEBTOR HAVE ENTERED INTO A STIP FOR $2,100 PAYABLE AT $350/MO. BEGINNING 9/15/04 FOR EQUITY IN VEHICLE AND FUNDS ON ACCOUNT.

Initial Projected Date of Final Report (TFR): 06/30/05    Current Projected Date of Final Report (TFR): 06/30/05

LFORM1EX

Ver: 9.56