**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In Re: | ) |
| | ) |
| ANTHONY ROMERO | ) Case No. 04-26313 ABC |
| SSN: XXX-XX-7784 | ) Chapter 7 |
| | ) |
| KRISTIN ROMERO | ) |
| SSN XXX-XX-1939 | ) |
| | ) |
| Debtor(s). | ) |

___

**TRUSTEE'S MOTION FOR TURNOVER OF**
**PROPERTY OF THE ESTATE**
___

COMES NOW, Harvey Sender, Chapter 7 Trustee, hereby moves this Court for an Order directing the Debtors, Anthony Romero and Kristin Romero, to turn over property of the estate, and as grounds, states the following:

1. Harvey Sender is the Interim Chapter 7 Trustee in the above-captioned bankruptcy case.

2. Section 521(4) of the Bankruptcy Code requires the Debtors to surrender property of the estate to the Trustee.

3. As of the date of this Motion, the Debtors have not paid to the Trustee $2,100 owing to the estate pursuant to the Stipulation to Turnover and/or Payment to Trustee dated August 23, 2004 and made an Order of the Court on September 27, 2004.

4. The Trustee requests that this Court direct the Debtors to turnover to the Trustee within 10 days of the date of its Order payment in the amount of $2,100.

**WHEREFORE,** the Trustee, Harvey Sender, requests that this Court enter an Order directing the Debtors to pay to the Trustee $2,100 as described in this Motion, and for such other and further relief as this Court deems just.

**DATED** this 5th day of May, 2005.

Respectfully submitted,

/s/ Harvey Sender
By:_____
Harvey Sender, Trustee, #7546
1999 Broadway, Suite 2305
Denver, Colorado 80202
(303) 296-1999 / (303) 296-7600 FAX
e-mail: sender@sendwass.com

## CERTIFICATE OF MAILING

      I do hereby certify that on this <u>5th</u> day of May, 2005, I mailed a true and correct copy of the **TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF ESTATE** via United States mail, postage prepaid thereon, to those persons listed below:

Office of the U.S. Trustee
999 18th Street, Suite 1551
Denver, Colorado 80202

Anthony Romero
Kristin Romero
11495 Canterberry Ln.
Parker, CO 80138-8462

Michael M. Noyes
3900 E. Mexico Ave., Ste. 330
Denver, CO 80210

Timothy C. Ford, Esq.
1615 Downing Street
Denver, CO 80218

                              /s/ Stefanie Pierce
                              _____