**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In Re: | ) |
| | ) |
| ANTHONY ROMERO | ) Case No. 04-26313 ABC |
| SSN: XXX-XX-7784 | ) Chapter 7 |
| | ) |
| KRISTIN ROMERO | ) |
| SSN XXX-XX-1939 | ) |
| | ) |
| Debtor(s). | ) |

___

**ORDER REQUIRING DEBTORS TO**
**TURNOVER PROPERTY OF ESTATE TO TRUSTEE**
___

  **THIS MATTER** having come before the Court on Trustee's Motion for Turnover Property of the Estate to Trustee, the Court having read the Motion, and being otherwise fully advised in the premises, it is hereby

  **ORDERED** the Debtors are to turnover the amount of $2,100 directly to the Trustee, Harvey Sender by _____.

  **SO ORDERED.**  Dated this ____ day of _____, 2005.

               BY THE COURT:


               _____
               Bankruptcy Court Judge