UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re: )
)
ANTHONY ROMERO ) Case No. 04-26313 ABC
SSN: XXX-XX-7784 ) Chapter 7
)
KRISTIN ROMERO )
SSN XXX-XX-1939 )
)
)
Debtor(s). )

ORDER REQUIRING DEBTORS TO
TURNOVER PROPERTY OF ESTATE TO TRUSTEE

THIS MATTER having come before the Court on Trustee's Motion for Turnover Property of the Estate to Trustee, the Court having read the Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED the Debtors are to turnover the amount of $2,100 directly to the Trustee, Harvey Sender by June 6, 2005.

SO ORDERED. Dated this 10th day of May, 2005.

BY THE COURT:

_____
Bankruptcy Court Judge

# CERTIFICATE OF SERVICE

```
District/off: 1082-1           User: fitzpatri            Page 1 of 1           Date Rcvd: May 10, 2005
Case: 04-26313                 Form ID: pdf904            Total Served: 4

The following entities were served by first class mail on May 12, 2005.
db          Anthony Romero,    11495 Canterberry Ln.,    Parker, CO  80138-8462
db          Kristin Romero,    11495 Canterberry Ln.,    Parker, CO  80138-8462
aty        +Michael M. Noyes,    3900 E. Mexico Ave.,    Ste. 330,    Denver, CO 80210-3942
tr         +Harvey Sender,    1999 Broadway,    Ste. 2305,    Denver, CO 80202-5723

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Harvey Sender,    1999 Broadway,    Ste. 2305,    Denver, CO 80202-5723
                                                                                        TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2005**          Signature:    _Joseph Speetjens_