FILED
BRADFORD L. BOLI

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF COLORADO**

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: <u>**Anthony Romero &**</u>            )   **Case No. 04-26313 ABC**
<u>**Kristen Romero**</u>             )
                          )   **CHAPTER 7**
SS Last 4 # <u>7784</u>,<u>1939</u>          )
                          )
―――――――――――

**CHANGE OF ADDRESS OF ATTORNEY OF RECORD**
**CERTIFICATE OF SERVICE**

**THE ATTORNEY HAS CHANGED ADDRESS**

**FROM:**        <u>3900 E. MEXICO AVE., #330</u>
            <u>DENVER, CO 80210</u>

**TO:**         <u>1873 S. BELLAIRE ST., #320</u>
            <u>DENVER, CO 80222</u>

**EFFECTIVE IMMEDIATELY. (THE TELEPHONE, FAX AND EMAIL WILL ALL REMAIN**
**THE SAME)**

**DATED: May 10,2005**

            MICHAEL M. NOYES, ESQ. (#23054)
            A PROFESSIONAL CORPORATION
            1873 S. BELLAIRE ST., #320
            DENVER, CO 80222-4347
            303-756-6789

            CERTIFICATE OF MAILING

     I hereby certify that on May 10, 2005, the forgoing CHANGE OF
ADDRESS OF DEBTOR was forwarded via United States Mail postage
prepaid, to,

Harvey Sender
1999 Broadway
Suite 2305
Denver, CO 80202

―――――――――――                Date: May 10, 2005
Michael M. Noyes (Bar #23054)
A Professional Corporation
1873 S. Bellaire St., #320
Denver, CO 80222-4347
Telephone: 303-756-6789