UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re: <u>Anthony Romero &</u>          )   Case No. <u>04-26313 ABC</u>
       <u>Kristen Romero</u>             )
                                         )   CHAPTER 7
SS Last 4 # <u>7784, 1939</u>            )
_____)

### CHANGE OF ADDRESS OF ATTORNEY OF RECORD
### CERTIFICATE OF SERVICE

**THE ATTORNEY HAS CHANGED ADDRESS**

FROM:   <u>3900 E. MEXICO AVE., #330</u>
        <u>DENVER, CO 80210</u>

TO:     <u>1873 S. BELLAIRE ST., #320</u>
        <u>DENVER, CO 80222</u>

**EFFECTIVE IMMEDIATELY. (THE TELEPHONE, FAX AND EMAIL WILL ALL REMAIN THE SAME)**

DATED: May 10, 2005

_____
MICHAEL M. NOYES, ESQ. (#23054)
A PROFESSIONAL CORPORATION
1873 S. BELLAIRE ST., #320
DENVER, CO 80222-4347
303-756-6789

### CERTIFICATE OF MAILING

I hereby certify that on May 10, 2005, the forgoing CHANGE OF ADDRESS OF DEBTOR, was forwarded via United States Mail postage prepaid, to,

Harvey Sender
1999 S. Broadway
Suite 2305
Denver, CO 80202

_____
Michael M. Noyes (Bar #23054)
A Professional Corporation
1873 S. Bellaire St., #320
Denver, CO 80222-4347
Telephone: 303-756-6789

Date: May 10, 2005