UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-26313-ABC |
| Romero, Anthony | ) | |
| XXX-XX-7784 | ) | Chapter 7 |
| Romero, Kristin | ) | |
| XXX-XX-1939 | ) | |
| Debtor(s) | ) | |

### TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION
### AND REIMBURSEMENT OF EXPENSES (FINAL REPORT)

The Trustee of the above-referenced estate presents the following Final Report and Application for Compensation and Reimbursement of Expenses:

1.      The Trustee certifies that he has faithfully and properly fulfilled the duties of the office of the Trustee and has examined all proofs of claims listed on Exhibit C, as appropriate under the proposed distribution itemized in Exhibit B, and that the proposed distribution is proper and consistent with the law and rules of Court.

2.      The Trustee submits Form 1, Individual Estate Property Record (attached). Any property scheduled under 11 U.S.C. §521(1) and not administered shall be deemed abandoned pursuant to 11 U.S.C. §554(c).

3.      The Trustee submits Form 2, Cash Receipts and Disbursement Record (attached).

4.      The Trustee applies for an Order pursuant to 11 U.S.C. §330(a) and §503(b), allowing for compensation and expenses as itemized in Exhibit A (attached). The compensation sought by this application is for actual and necessary services rendered. In the course of the performance of his duties the Trustee has advanced monies from personal funds for actual and necessary expenses incurred, and has not been reimbursed or indemnified.

5.      There is no agreement or understanding between the Trustee and any other person for the division of the compensation sought by this application, except as permitted by 11 U.S.C. §330.

I declare under penalty of perjury that this Final Report and all attachments thereto are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| July 13, 2005 | /s/ Harvey Sender |
| DATE | TRUSTEE |

EXHIBIT A
APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                )
Romero, Anthony       )
XXX-XX-7784           )   Case No. 04-26313-ABC
Romero, Kristin       )   Chapter 7
XXX-XX-1939           )
         Debtor(s)    )

Computation of Compensation for Cases Filed After October 22, 1994

| | | | |
|---|---|---|---|
| Total Proceeds of Estate: | | $2,807.11 | |
| Less Amounts Returned to Debtor | | $0.00 | |
| Less Non-Estate Funds Paid to Third Parties | | $0.00 | |
| Balance to be Disbursed | $2,807.11 | 25% of first $5,000 or less ($1,250 Maximum) | $701.78 |
| Less | -5,000.00 | | |
| Balance: | $0.00 | 10% of next $45,000 or less ($4,500 Maximum) | $0.00 |
| Less | -45,000.00 | | |
| Balance: | $0.00 | 5% of next $950,000 or less ($47,500 Maximum) | $0.00 |
| Less | -950,000.00 | | |
| Balance: | $0.00 | 3% of balance | $0.00 |
| | | MAXIMUM COMPENSATION (11 U.S.C. Sec. 326) | $701.78 |
| | | COMPENSATION REQUESTED | $701.78 |
| | | LESS: COURT-APPROVED COMPENSATION PREVIOUSLY PAID | (0.00) |
| | | BALANCE REQUESTED | $701.78* |

The Trustee has expended <u>3.90</u> hours in the performance of his duties in this estate. A detailed accounting of the Trustee's time (check one) ____is attached  <u>X</u>   is available upon request.

*The balance of funds are being maintained in an interest-bearing account. The additional interest earned will increase the funds available for distribution. The Trustee requests additional compensation, calculated according to §326, on the increase in funds distributed.

Trustee Expenses
| | | |
|---|---|---|
| BOND | $ | 0.53 |
| FINAL REPORT RULE 202 NOTICE | $ | 5.13 |
| PHOTOCOPIES | $ | 28.20 |
| POSTAGE | $ | 14.80 |
| TOTAL EXPENSES REQUESTED | $ | 48.66 |
| LESS: COURT APPROVED EXPENSES PREVIOUSLY PAID | | 0.00 |
| LESS: PREMIUM ON TRUSTEE'S BOND PREVIOUSLY PAID | | 0.53 |
| BALANCE REQUESTED | $ | 48.13 |

**EXHIBIT B**
**PROPOSED DISTRIBUTION**

Case Number: 04-26313-ABC
Case Name: Romero, Anthony

| Claim No. | Professional or Claimant | ClaimType | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Dividend Percentage |
|---|---|---|---:|---:|---:|---:|---:|---:|
| | **Non-Estate Funds** | | | | | | | |
| | Non-Estate Funds Subtotal | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | **Secured Creditors** | | | | | | | |
| 000002 | WELLS FARGO FINANCIAL ACCEPTANCE | Secured Claim | 18,560.03 | 18,560.03 | 0.00 | 18,560.03 | 0.00 | 0% |
| | Personal Property & Intangibles-Consensual Liens (UCC, chattel, PMSI) | | | | | | | |
| | Secured Creditors Subtotal | | 18,560.03 | 18,560.03 | 0.00 | 18,560.03 | 0.00 | |
| | **Chapter 7 Administrative** | | | | | | | |
| | HARVEY SENDER | CH 7 Admin | 701.78 | 701.78 | 0.00 | 701.78 | 701.78 | 100% |
| | Trustee Compensation | | | | | | | |
| | HARVEY SENDER | CH 7 Admin | 48.66 | 48.66 | 0.53 | 48.13 | 48.13 | 100% |
| | Trustee Expenses | | | | | | | |
| | Chapter 7 Administrative Subtotal | | 750.44 | 750.44 | 0.53 | 749.91 | 749.91 | |
| | **Chapter 11 Administrative** | | | | | | | |
| | Chapter 11 Administrative Subtotal | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | **Priority Creditors** | | | | | | | |
| | Priority Creditors Subtotal | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | **Unsecured Creditors** | | | | | | | |
| 000001 | AMERICAN EXPRESS CENTURION BANK | Unsecured | 2,119.25 | 2,119.25 | 0.00 | 2,119.25 | 143.40 | 6% |
| 000003 | CANTERBERRY CROSSING MA | Unsecured | 8,250.00 | 8,250.00 | 0.00 | 8,250.00 | 558.24 | 6% |
| 000004 | CYPRESS RIDGE HOA | Unsecured | 1,725.31 | 1,725.31 | 0.00 | 1,725.31 | 116.74 | 6% |
| 000005 | MIDLAND CREDIT MANAGEMENT | Unsecured | 1,660.65 | 1,660.65 | 0.00 | 1,660.65 | 112.37 | 6% |
| 000006 | RYAN KRAUSER | Unsecured | 16,639.54 | 16,639.54 | 0.00 | 16,639.54 | 1,125.92 | 6% |
| | General Unsecured 726(a)(2) Subtotal | | 30,394.75 | 30,394.75 | 0.00 | 30,394.75 | 2,056.67 | 6% |
| | Unsecured Creditors Subtotal | | 30,394.75 | 30,394.75 | 0.00 | 30,394.75 | 2,056.67 | |

**Case Summary**

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | Discharged w/o Payment | Dividend Percentage |
|---|---:|---:|---:|---:|---:|---:|
| Non-Estate Funds Paid to Third Parties | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% |
| Secured Creditors | 18,560.03 | 18,560.03 | 0.00 | 0.00 | 18,560.03 | 0% |
| Administrative Ch 7 | 750.44 | 750.44 | 0.53 | 749.91 | 0.00 | 100% |
| Administrative Ch 11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% |
| Priority Creditors | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% |
| Unsecured Creditors | 30,394.75 | 30,394.75 | 0.00 | 2,056.67 | 28,338.08 | 6% |
| **Case Total** | 49,705.22 | 49,705.22 | 0.53 | 2,806.58 | 46,898.11 | 5% |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 04-26313  
Debtor Name: Romero, Anthony  

Page 1  
Claim Number Sequence  

Date: July 13, 2005

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | American Express Centurion Bank<br>Becket and Lee LLP, Attorneys/Agent<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 10/15/04<br>CREDIT CARD DEBT | $2,119.25 | $0.00 | $2,119.25 |
| 000002 050 4210-00 | Wells Fargo Financial Acceptance<br>3101 W 69th Street<br>Edina, MN 55435 | Secured | Filed 10/19/04<br>2001 Dodge Ram | $18,560.03 | $0.00 | $18,560.03 |
| 000003 070 7100-00 | Canterberry Crossing MA<br>19590 E Main St Ste 203<br>Parker, CO 80138 | Unsecured | Filed 10/19/04<br>services performed<br>SCHEDULED | $8,250.00 | $0.00 | $8,250.00 |
| 000004 070 7100-00 | Cypress Ridge HOA<br>PO Box 1390<br>Parker, CO 80134-1400 | Unsecured | Filed 10/19/04<br>services performed | $1,725.31 | $0.00 | $1,725.31 |
| 000005 070 7100-00 | Midland Credit Management<br>5775 Roscoe Ct<br>San Diego, CA 92123-1356 | Unsecured | Filed 10/25/04<br>see claim | $1,660.65 | $0.00 | $1,660.65 |
| 000006 070 7100-00 | Ryan Krauser<br>C/O Miller, Makkai & Dowdle<br>2325 W 72nd Ave<br>Denver, CO 80221-3101 | Unsecured | Filed 12/20/04<br>civil judgment | $16,639.54 | $0.00 | $16,639.54 |
| | Subtotal For Claim 7100-00 | | | $48,954.78 | $0.00 | $48,954.78 |
| | Case Totals: | | | $48,954.78 | $0.00 | $48,954.78 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 04-26313 ABC Judge: A. BRUCE CAMPBELL | Trustee Name: | HARVEY SENDER |
|---|---|---|---|
| Case Name: | Romero, Anthony | Date Filed (f) or Converted (c): | 07/29/04 (f) |
| | Romero, Kristin | 341(a) Meeting Date: | 08/23/04 |
| For Period Ending: | 07/13/05 | Claims Bar Date: | 01/08/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING/SAVINGS ACCT. | 70.00 | 100.00 | | 100.00 | FA |
| 3. HOUSEHOLD GOODS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. FURS/JEWELRY | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. MUTUAL FUNDS | 800.00 | 0.00 | DA | 0.00 | FA |
| 7. RYAN KRAUSER | 18,758.00 | 18,758.00 | DA | 0.00 | FA |
| 8. 1998 MECEDES | 8,000.00 | 2,000.00 | | 2,000.00 | FA |
| 9. 2001 DODGE | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 10. GARNISHMENT FUNDS | 0.00 | 706.14 | | 706.14 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.97 | Unknown |
| 12. MACHINERY/FIXTURES/EQUIPMENT | 5,000.00 | 0.00 | DA | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $ 448,328.00 | $ 21,564.14 | | $ 2,807.11 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 7---PER TRUSTEE - THIS PERSON IS A CREDITOR - NOT A CLIENT

Initial Projected Date of Final Report (TFR): 06/30/05    Current Projected Date of Final Report (TFR): 07/13/05

LFORM1

Ver: 10.50c

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-26313   ABC | | Trustee Name: | HARVEY SENDER |
|---|---|---|---|---|
| Case Name: | Romero, Anthony | | Bank Name: | BANK OF AMERICA, N.A. |
| | Romero, Kristin | | Account Number / CD #: | *******1762  Money Market |
| Taxpayer ID No: | *******0365 | | | |
| For Period Ending: | 07/13/05 | | Blanket Bond (per case limit): | $   0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/05/04 | 10 | MILLER, MAKKAI & DOWDLE | | 1129-000 | 706.14 | | 706.14 |
| 10/29/04 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.04 | | 706.18 |
| 11/30/04 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.06 | | 706.24 |
| 12/31/04 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.06 | | 706.30 |
| 01/06/05 | 000101 | SENDER & WASSERMAN, P.C. | BOND | 2300-000 | | 0.53 | 705.77 |
| | | 1999 BROADWAY, SUITE 2305 | | | | | |
| | | DENVER, COLORADO  800202 | | | | | |
| 01/31/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.06 | | 705.83 |
| 02/28/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.14 | | 705.97 |
| 03/31/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.15 | | 706.12 |
| 04/29/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.14 | | 706.26 |
| 05/31/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.15 | | 706.41 |
| 06/24/05 | 2, 8 | KRISTIN ROMERO | | 1129-000 | 2,100.00 | | 2,806.41 |
| 06/30/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.17 | | 2,806.58 |

|  | | COLUMN TOTALS | 2,807.11 | 0.53 | 2,806.58 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 2,807.11 | 0.53 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 2,807.11 | 0.53 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Money Market - ********1762 | 2,807.11 | 0.53 | 2,806.58 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 2,807.11 | 0.53 | 2,806.58 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   2,807.11   0.53

Ver: 10.50c

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 04-26313 ABC | Trustee Name: | HARVEY SENDER |
|---|---|---|---|
| Case Name: | Romero, Anthony | Bank Name: | BANK OF AMERICA, N.A. |
| | Romero, Kristin | Account Number / CD #: | *******1762  Money Market |
| Taxpayer ID No: | *******0365 | | |
| For Period Ending: | 07/13/05 | Blanket Bond (per case limit): | $   0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - ********1762

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 10.50c

LFORM24