UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-26313-ABC |
| Romero, Anthony | ) | |
| XXX-XX-7784 | ) | Chapter 7 |
| Romero, Kristin | ) | |
| XXX-XX-1939 | ) | |
| Debtor(s) | ) | |

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 202 OF FILING OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST:

1.  The Final Report and Application for Compensation and Reimbursement of Expenses was filed by the Trustee on July 21, 2005. A copy of the Final Report is available for review in the United States Bankruptcy Court for the District Of Colorado, 721 19th Street, Denver, Colorado 80202.

2.  Pursuant to Rule 202 of the Local Rules of Bankruptcy Procedure, if you desire to oppose this action you must file a written objection and request for hearing with the Court on or before August 15, 2005. Objections and requests for a hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court. Copies of any objection should be served upon both the Trustee and the United States Trustee.

3.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve the fee application and the Trustee may pay dividends without further Court order or notice to interested parties. The Order closing this case shall constitute authorization for the Trustee to destroy or otherwise dispose of any books and records of the debtor in the possession or control of the Trustee unless an objection is filed thereto.

4.  Pursuant to Rule 3010(a) of Federal Rules of Bankruptcy Procedure, all dividends of less than $5.00 will be paid to the Registry of the Bankruptcy Court and are available for distribution upon request to the Clerk.

| | | |
|---|---:|---:|
| THE FINAL REPORT SHOWS RECEIPTS OF | $ | 2,807.11 |
| AND APPROVED DISBURSEMENTS OF | $ | 0.53 |
| LEAVING A BALANCE OF | $ | 2,806.58* |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | TOTAL | PREVIOUSLY PAID | BALANCE |
|---|---:|---:|---:|
| TRUSTEE Commissions | $701.78 | $0.00 | $701.78* |
| Expenses | $48.66 | $0.53 | $48.13 |
| Attorney for the Trustee | $0.00 | $0.00 | $0.00 |
| Accountant for the Trustee | $0.00 | $0.00 | $0.00 |
| Special Counsel | $0.00 | $0.00 | $0.00 |
| Appraiser | $0.00 | $0.00 | $0.00 |
| Real estate | $0.00 | $0.00 | $0.00 |
| Broker | $0.00 | $0.00 | $0.00 |
| Auctioneer | $0.00 | $0.00 | $0.00 |
| Other Professional | $0.00 | $0.00 | $0.00 |
| EXPENSES: | | | |
| Court Costs | $0.00 | $0.00 | $0.00 |
| U.S. Trustees Fees | $0.00 | $0.00 | $0.00 |
| Other Chapter 7 | $0.00 | $0.00 | $0.00 |

TOTAL ALLOWED CHAPTER 7 ADMINISTRATIVE EXPENSES:  $  750.44

Applications for chapter 11 fees and administrative expenses have been filed as follows:

**PREVIOUSLY**

|  | TOTAL | PAID | BALANCE |
|---|---|---|---|
| Trustee Commissions | $ $0.00 | $ $0.00 | $ $0.00 |
|     Expenses | $ $0.00 | $ $0.00 | $ $0.00 |
| Attorney for the debtor | $ $0.00 | $ $0.00 | $ $0.00 |
| Attorney for the committee | $ $0.00 | $ $0.00 | $ $0.00 |
| Accountant for the debtor | $ $0.00 | $ $0.00 | $ $0.00 |
| Accountant for the committee | $ $0.00 | $ $0.00 | $ $0.00 |
| Appraiser | $ $0.00 | $ $0.00 | $ $0.00 |
| Broker | $ $0.00 | $ $0.00 | $ $0.00 |
| Other Professional | $ $0.00 | $ $0.00 | $ $0.00 |

TOTAL ALLOWED CHAPTER 11 ADMINISTRATIVE EXPENSES:                                       $          0.00

In addition to the expenses of administration listed above as may be allowed by the Court, secured creditor claims totaling $18,560.03 will be paid as follows:

| CLAIM NUMBER | CLAIMANT | ALLOWED AMOUNT OF CLAIM | PREVIOUSLY PAID | PROPOSED PAYMENT |
|---|---|---|---|---|
| 000002 | WELLS FARGO FINANCIAL ACCEPTANCE | 18,560.03 | 0.00 | 0.00 |

In addition to the expenses of administration and payments to secured creditors, priority claims totaling $0.00 must be paid pro rata in advance of any dividend to general unsecured creditors. The payment to priority creditors will be made as follows in conformance with 11 U.S.C. §507(a).

| CLAIM NUMBER | CLAIMANT | ALLOWED AMOUNT OF CLAIM | PREVIOUSLY PAID | PROPOSED PAYMENT |
|---|---|---|---|---|
|  | NONE |  |  |  |

Timely filed claims of general unsecured creditors totaling $30,394.75 have been allowed and will be paid *prorata* only after all allowed administrative and priority claims have been paid in full. The payment to timely filed claims of general unsecured creditors will be made as follows and is anticipated to be 6.77%.

| CLAIM NUMBER | CLAIMANT | ALLOWED AMOUNT OF CLAIM | PREVIOUSLY PAID | PROPOSED PAYMENT |
|---|---|---|---|---|
| 000001 | AMERICAN EXPRESS CENTURION BANK | 2,119.25 | 0.00 | 143.40 |
| 000003 | CANTERBERRY CROSSING MA | 8,250.00 | 0.00 | 558.24 |
| 000004 | CYPRESS RIDGE HOA | 1,725.31 | 0.00 | 116.74 |
| 000005 | MIDLAND CREDIT MANAGEMENT | 1,660.65 | 0.00 | 112.37 |
| 000006 | RYAN KRAUSER | 16,639.54 | 0.00 | 1,125.92 |

Tardily filed claims of general unsecured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority claims and timely filed general unsecured claims have been paid in full. The payment to tardily filed claims of general unsecured creditors will be made as follows and is anticipated to be 0.00%.

| CLAIM NUMBER | CLAIMANT | ALLOWED AMOUNT OF CLAIM | PREVIOUSLY PAID | PROPOSED PAYMENT |
|---|---|---|---|---|
|  | NONE |  |  |  |

Claims for non-pecuniary fines and penalties totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general unsecured claims have been paid in full. The dividend for claims for fines and penalties will be made as follows and is anticipated to be 0.00%.

| CLAIM NUMBER | CLAIMANT | ALLOWED AMOUNT OF CLAIM | PREVIOUSLY PAID | PROPOSED PAYMENT |
|---|---|---|---|---|
| | NONE | | | |

To the extent that funds remain after payment in full of all allowed unsecured claims, interest will be paid at the legal rate of 0.00%. Funds available for interest are $0.00. Any interest to be paid is included in the distribution amount listed above for each claim.

After payment of all claims, with interest, any surplus will be returned to the debtor. The surplus anticipated to be paid to the debtor is $0.00.

*The remaining funds are being maintained in an interest-bearing account. The additional interest earned will increase the funds available for distribution. The Trustee is requesting additional compensation, calculated in accordance with 11 U.S.C. §326(a), on the increase in funds distributed.

Dated the 22nd day of July, 2005.

TRUSTEE

By: /s/ Harvey Sender
Harvey Sender, #7546
1999 Broadway, Suite 2305
Denver, CO  80202
Telephone: (303) 296-1999
Facsimile: (303) 296-7600
sender@sendwass.com