**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In Re: | ) |
| | ) |
| ANTHONY ROMERO | ) Case No. 04-26313 ABC |
| SSN: XXX-XX-7784 | ) Chapter 7 |
| | ) |
| KRISTIN ROMERO | ) |
| SSN XXX-XX-1939 | ) |
| Debtor(s). | ) |

_____

CERTIFICATE OF SERVICE OF NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 202 OF FILING OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
_____

    I do hereby certify that on the <u>22nd</u> day of July, 2005, I mailed true and correct copies of the NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 202 OF FILING OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES via United States mail, postage prepaid thereon, to those persons listed on the attachment downloaded from PACER on 7/22/05.

                                                               /s/ Stefanie Pierce
                                        _____