```
Label Matrix                        American Express Centurion Bank    Canterberry Crossing MA
for USBC Colorado Case 04-26313-ABC Becket and Lee LLP, Attorneys/Agent 19590 E Main St Ste 203
07/22/05-14:23:32                   P.O. Box 3001                      Parker, CO  80138
                                    Malvern, PA 19355-0701


Cypress Ridge HOA                   Timothy C. Ford                    Midland Credit Management
PO Box 1390                         1615 Downing St.                   5775 Roscoe Ct
Parker, CO  80134-1400              Denver, CO 80218                   San Diego, CA  92123-1356


Michael M. Noyes                    Anthony Romero                     Kristin Romero
1873 S. Bellaire St.                11495 Canterberry Ln.              11495 Canterberry Ln.
Ste. 320                            Parker, CO 80138-8462              Parker, CO 80138-8462
Denver, CO 80222


Ryan Krauser                        Harvey Sender                      US Trustee
C/O Miller, Makkai & Dowdle         1999 Broadway                      999 18th St.
2325 W 72nd Ave                     Ste. 2305                          Ste. 1551
Denver, CO  80221-3101              Denver, CO 80202                   Denver, CO 80202


Wells Fargo Financial Acceptance
3101 W 69th Street
Edina, MN 55435
```