# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: )<br>)<br>ANTHONY ROMERO )<br>SSN: XXX-XX-7784 )<br>)<br>KRISTIN ROMERO )<br>SSN XXX-XX-1939 )<br>          Debtor(s).    ) | Case No. 04-26313 ABC<br>Chapter 7 |

---

## CERTIFICATE OF NON-CONTESTED MATTER
## AND REQUEST FOR ENTRY OF ORDER

---

Trustee, Harvey Sender, Movant, has heretofore filed a TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES pursuant to Local Bankruptcy Rule 202.

1. Service of the **Motion (docket no. 32)** as timely made on all interested parties pursuant to L.B.R. 913 as is shown on the Certificate of Service previously filed with the Motion.

2. Service of the **Notice** (**docket no. 33)** was timely made on all creditors pursuant to L.B.R. 202(b) as is shown on the **Certificate of Service (docket no. 33)**, previously filed with the Notice.

3. No objections to or requests for hearing on the motion were received by the undersigned.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which is attached to the Motion.

DATED this 16th day of August, 2005.

Respectfully submitted,

/s/ Harvey Sender
By:_____
Harvey Sender, Trustee, #7546
1999 Broadway, Suite 2305
Denver, Colorado  80202
303-296-1999 / 303-296-7600 FAX
E-mail:  sender@sendwass.com

---

Court Use Only:  The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for a hearing on this motion have been entered.
Dated:
_____
Signature of Deputy Clerk