UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: ) Case No. 04-26313-ABC
Romero, Anthony )
XXX-XX-7784 ) Chapter 7
Romero, Kristin )
XXX-XX-1939 )
              Debtor(s) )

## ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Trustee having filed a Final Report including a request for compensation and reimbursement of expenses, and notice and an opportunity for hearing having been given to all creditors, and no requests or objections having been timely filed, and the Court having thereafter duly examined and considered the Trustee's application and attached schedules included herein, it is:

Ordered that reasonable compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses incurred are hereby awarded or allowed to the persons and in the amounts listed in Exhibit A of the Trustee's Final Report.

BY THE COURT:

8-18-05
_____                    _____
DATE                                       BANKRUPTCY JUDGE