UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: ) Case No. 04-26313-ABC
Romero, Anthony )
XXX-XX-7784 ) Chapter 7
Romero, Kristin )
XXX-XX-1939 )
           Debtor(s) )

## ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Trustee having filed a Final Report including a request for compensation and reimbursement of expenses, and notice and an opportunity for hearing having been given to all creditors, and no requests or objections having been timely filed, and the Court having thereafter duly examined and considered the Trustee's application and attached schedules included herein, it is:

Ordered that reasonable compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses incurred are hereby awarded or allowed to the persons and in the amounts listed in Exhibit A of the Trustee's Final Report.

BY THE COURT:

8-18-05
DATE

BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 1082-1          User: fitzpatri          Page 1 of 1              Date Rcvd: Aug 18, 2005
Case: 04-26313                Form ID: pdf904          Total Served: 2

The following entities were served by first class mail on Aug 20, 2005.
db          Anthony Romero,    11495 Canterberry Ln.,    Parker, CO  80138-8462
db          Kristin Romero,    11495 Canterberry Ln.,    Parker, CO  80138-8462
The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2005**                    **Signature:**    *Joseph Speetjens*