UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| Romero, Anthony ) | |
| XXX-XX-7784 ) | Case No. 04-26313-ABC |
| Romero, Kristin ) | Chapter 7 |
| XXX-XX-1939 ) | |
| Debtor(s) ) | |

TRUSTEE'S FINAL ACCOUNT

The Trustee in the above captioned proceeding submits this Final Account:

1. The Trustee certifies that the estate has been fully administered, that all funds have been disbursed consistent with the dividend distribution report, all checks have been negotiated, or any remaining estates monies have been paid to the court. The distributions made by the Trustee are summarized on the attached Distribution Report for Closed Cases(Form 4).

2. Canceled checks numbered 101 through 107 by which disbursements were made have been submitted to the United States Trustee for review.

3. Bank statements showing final distribution and disbursement of all funds have been submitted to the United States Trustee for review.

4. Dividends under $5.00, checks not cashed, and checks returned to the Trustee as undeliverable, if any, have been canceled and said funds have been paid to the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. §347 and Fed.R.Bankr.P. 3010 and 3011, and a copy of the transmittal letter, which lists the names and addresses of the persons entitled to these funds, is attached hereto.

5. A zero (0.00) balance now appears on the estate bank statement;

6. The additional interest collected since the Trustee's Final Report in the amount of $1.43 was distributed pro-rata among the creditors receiving dividends in this case. Any additional fee increase paid to the Trustee has been authorized by the Court.

7. The Trustee certifies that the Trustee is entitled to be discharged and the Trustee and the surety on the bond of the Trustee are entitled to be relieved of further liability in this case.

Wherefore the Trustee requests that the Court enter an order discharging the Trustee and closing the case.

| | |
|---|---|
| November 1, 2005 | /s/ Harvey Sender |
| Date | Harvey Sender, #7546 |
| | 1999 Broadway, Suite 2305 |
| | Denver, CO  80202 |
| | Phone: (303) 296-1999 |
| | Facsimile: (303) 296-7600 |
| | Email: sender@sendwass.com |

| PART A | FORM 4 | | 11/01/05 |
|---|---|---|---|
| | Distribution Report for Closed Asset Cases | | |

| | | |
|---|---|---|
| Case No.  **04-26313** | Trustee Name: | **HARVEY SENDER** |
| Case Name:  **Romero, Anthony** | Date: | **11/01/05** |
| **Romero, Kristin** | Date Filed / Converted to Ch. 7: | **07/29/04 (f)** |

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| GROSS RECEIPTS | $2,808.54 | 100.00% |
| Less: | | |
| Funds Paid to Debtor: | | |
|   Exemptions | $0.00 | 0.00% |
|   Excess Funds | $0.00 | 0.00% |
|   Funds Paid to 3rd Parties | $0.00 | 0.00% |
| **NET RECEIPTS** | **$2,808.54** | **100.00%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| SECURED CLAIMS | | | |
|   Real Estate | $0.00 | $0.00 | 0.00% |
|   Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
|   Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1) and CHARGES under Title 28, Chapter 123: | | | |
|   Trustee Fees | $702.14 | $702.14 | 25.00% |
|   Trustee Expenses | $48.66 | $48.13 | 1.71% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
|   Real Estate Commissions | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
|   Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
|   Other Expenses | $0.53 | $0.53 | 0.02% |
|   Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
|   Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
|   U.S. Trustee Fees | $0.00 | $0.00 | 0.00% |
|   Court Costs | $0.00 | $0.00 | 0.00% |
| TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES | $751.33 | $750.80 | 26.73% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1) | | | |
|     (From attached Part B) | $0.00 | $0.00 | 0.00% |
| WAGES 507(a)(3) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS:  EMPLOYEE BENEFIT PLANS 507(a)(4) | $0.00 | $0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS 507(a)(8) | $0.00 | $0.00 | 0.00% |
| OTHER 507(a)(2), (5), (6), & (9) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS 507(a)(3) to 507 (a)(9)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $30,394.75 | $2,057.74 | 73.27% |
| **TOTAL DISBURSEMENTS** | **$31,146.08** | **$2,808.54** | **100.00%** |

F4RECAP

**PART B**                **FORM 4**                **11/01/05**

**Distribution Report for Closed Asset Cases**

Case No.: **04-26313**  
Case Name: **Romero, Anthony**  
**Romero, Kristin**

Trustee Name: **HARVEY SENDER**  
Date: **11/01/05**  
Date Filed / Converted to Ch. 7: **07/29/04 (f)**

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
|    Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
|    Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|    Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|    Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|    Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|    Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|    Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|    Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $0.00 | $0.00 | 0.00% |

F4RECAP