**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 04-26313 -ABC | | Trustee Name: | HARVEY SENDER |
|---|---|---|---|---|
| Case Name: | Romero, Anthony | | Bank Name: | BANK OF AMERICA, N.A. |
| | Romero, Kristin | | Account Number / CD #: | *******1762  Money Market |
| Taxpayer ID No: | *******0365 | | | |
| For Period Ending: | 11/01/05 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/05/04 | 10 | MILLER, MAKKAI & DOWDLE | | 1129-000 | 706.14 | | 706.14 |
| 10/29/04 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.04 | | 706.18 |
| 11/30/04 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.06 | | 706.24 |
| 12/31/04 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.06 | | 706.30 |
| 01/06/05 | 000101 | SENDER & WASSERMAN, P.C. | BOND | 2300-000 | | 0.53 | 705.77 |
| | | 1999 BROADWAY, SUITE 2305 | | | | | |
| | | DENVER, COLORADO  800202 | | | | | |
| 01/31/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.06 | | 705.83 |
| 02/28/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.14 | | 705.97 |
| 03/31/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.15 | | 706.12 |
| 04/29/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.14 | | 706.26 |
| 05/31/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.15 | | 706.41 |
| 06/24/05 | 2, 8 | KRISTIN ROMERO | | 1129-000 | 2,100.00 | | 2,806.41 |
| 06/30/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.17 | | 2,806.58 |
| 07/29/05 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.59 | | 2,807.17 |
| 08/19/05 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.84 | | 2,808.01 |
| 08/19/05 | | Transfer to Acct #*******1625 | Final Posting Transfer | 9999-000 | | 2,808.01 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 2,808.54 | 2,808.54 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 2,808.01 | |
| Subtotal | 2,808.54 | 0.53 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,808.54 | 0.53 | |

Page Subtotals     2,808.54     2,808.54

LFORM24

Ver: 10.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| | | |
|---|---|---|
| Case No: | 04-26313 -ABC | |
| Case Name: | Romero, Anthony | |
| | Romero, Kristin | |
| Taxpayer ID No: | *******0365 | |
| For Period Ending: | 11/01/05 | |

| | | |
|---|---|---|
| Trustee Name: | HARVEY SENDER | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******1625  Non-Interest earning DDA Account | |
| Blanket Bond (per case limit): | $ | 0.00 |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/19/05 | | Transfer from Acct #*******1762 | Transfer In From MMA Account | 9999-000 | 2,808.01 | | 2,808.01 |
| 08/19/05 | 000101 | HARVEY SENDER<br>1999 BROADWAY, SUITE 2305<br>DENVER, CO  80202 | Chapter 7 Compensation/Fees | 2100-000 | | 702.14 | 2,105.87 |
| 08/19/05 | 000102 | HARVEY SENDER<br>1999 BROADWAY, SUITE 2305<br>DENVER, CO  80202 | Chapter 7 Expenses | 2200-000 | | 48.13 | 2,057.74 |
| 08/19/05 | 000103 | American Express Centurion Bank<br>Becket and Lee LLP, Attorneys/Agent<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 6.76985%<br>ACCT. 2006 | 7100-000 | | 143.47 | 1,914.27 |
| 08/19/05 | 000104 | Canterberry Crossing MA<br>19590 E Main St Ste 203<br>Parker, CO 80138 | Claim 000003, Payment 6.77006% | 7100-000 | | 558.53 | 1,355.74 |
| 08/19/05 | 000105 | Cypress Ridge HOA<br>PO Box 1390<br>Parker, CO 80134-1400 | Claim 000004, Payment 6.76980%<br>SCHEDULED | 7100-000 | | 116.80 | 1,238.94 |
| 08/19/05 | 000106 | Midland Credit Management<br>5775 Roscoe Ct<br>San Diego, CA 92123-1356 | Claim 000005, Payment 6.77024% | 7100-000 | | 112.43 | 1,126.51 |
| 08/19/05 | 000107 | Ryan Krauser<br>C/O Miller, Makkai & Dowdle<br>2325 W 72nd Ave<br>Denver, CO 80221-3101 | Claim 000006, Payment 6.77008% | 7100-000 | | 1,126.51 | 0.00 |

Page Subtotals        2,808.01        2,808.01

LFORM24

Ver: 10.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 04-26313 -ABC | Trustee Name: | HARVEY SENDER |
|---|---|---|---|
| Case Name: | Romero, Anthony | Bank Name: | BANK OF AMERICA, N.A. |
| | Romero, Kristin | Account Number / CD #: | *******1625  Non-Interest earning DDA Account |
| Taxpayer ID No: | *******0365 | | |
| For Period Ending: | 11/01/05 | Blanket Bond (per case limit): | $    0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,808.01 | 2,808.01 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,808.01 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,808.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,808.01 | |

|  |  |  |
|---|---|---|
|  | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS       NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Money Market - ********1762        2,808.54 | 0.53 | 0.00 |
| Non-Interest earning DDA Account - ********1625        0.00 | 2,808.01 | 0.00 |
|                                                                   ----------------------- | ----------------------- | ----------------------- |
|                                                                         2,808.54 | 2,808.54 | 0.00 |
|                                                                   ============== | ============== | ============== |
| (Excludes Account | (Excludes Payments | Total Funds |
| Transfers) | To Debtors) | On Hand |

Page Subtotals                              0.00                    0.00

Ver: 10.61a

LFORM24